**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IVAN TORRES, | § |
| | § |
| Plaintiff, | § |
| | §    Case No. 14-CV-552-JED-TLW |
| v. | § |
| | § |
| JOHN F. KERRY, | § |
| | § |
| Defendants. | § |

**ERRATA/CORRECTION**

COMES NOW Plaintiff, Ivan Torres, by and through his attorney of record, William D. Thomas of Thomas & Funderburk, PLLC, and respectfully prays for leave of the Court to substitute a certain exhibit to his recently filed Complaint.  In support of this Motion, the Plaintiff states as follows:

1. On September 18, 2014, the Plaintiff filed his Complaint in this case.  [See Doc. 2] However, Counsel for the Plaintiff has learned that they had inadvertently not attached the Exhibit to the Complaint.

2. The Plaintiff has the Exhibit which is attached to this Motion.  The attached Exhibit redacts the personal identification information of the Plaintiff, Ivan Torres.

WHEREFORE, the Plaintiff respectfully prays for leave of Court to have the attached Exhibit to the Plaintiff's Complaint.

Respectfully submitted by;

/s/ William D. Thomas
William D. Thomas, OBA #21554
James C. Thomas, OBA #8935
THOMAS & FUNDERBURK, PLLC
1516 S. Boston Ave., Suite 115
Tulsa, Oklahoma  74119
918-289-0150
918-835-2125 fax

## CERTIFICATE OF DELIVERY

I hereby certify that on the date of filing, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Carie S. McWilliams electronic mail at carie.s.mcwilliams@usdoj.gov,
***Attorney for Defendant***

/S/ William D. Thomas_____
William D. Thomas